Robert J. Kipnees
Jamie Gottlieb Furia
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: 973.597.2500
Fax: 973.597.2400

Edward H. Rosenthal\*
Nicole Bergstrom\*
**FRANKFURT KURNIT KLEIN & SELZ, P.C.**
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel: 212.980.0120
Fax: 212.593.9175
\*Admitted *pro hac vice*

*Attorneys for Defendant Scholastic Inc.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL YAMASHITA and MICHAEL YAMASHITA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOLASTIC INC.,<br><br>Defendant. | Civ. No. 2:16-cv-03839 (SRC)(CLW)<br><br>**NOTICE OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE** |

**On Notice to:**

Ben D. Manevitz
The Manevitz Law Firm
805 Clifton Ave.
Clifton, NJ 07013
ben@menevitz.com

Maurice Harmon
Harmon & Seidman LLC
11 Chestnut St.
New Hope, PA 18938

maurice@harmonseidman.com

*Attorneys for Plaintiff*

**PLEASE TAKE NOTICE** that on October 17, 2016, or as soon thereafter a counsel may be heard, Lowenstein Sandler LLP, attorneys for Defendant Scholastic Inc., will move before the Honorable Stanley R. Chesler for an Order dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, transferring this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that Defendant shall rely upon the accompanying Memorandum of Law in support of its Motion, as well as the accompanying Declaration of Edward H. Rosenthal, Esq.

**PLEASE TAKE FURTHER NOTICE** that proposed forms of Order are submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendant respectfully requests oral argument.

Dated:  September 14, 2016            By:  /s/  Robert J. Kipnees
                                      Robert J. Kipnees
                                      LOWENSTEIN SANDLER LLP
                                      65 Livingston Avenue
                                      Roseland, New Jersey 07068
                                      Tel: (973) 597-2500
                                      E-mail: rkipnees@lowenstein.com

                                      *Attorneys for Defendant Scholastic, Inc.*